**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| MARK MCCLESKEY, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS, | )<br>)<br>)<br>) No. 1:18-cv-1431-JMS-DLP<br>) |
| Plaintiffs, | ) |
| v. | ) |
| SOMMERS PLASTERING, INC., an administratively dissolved Indiana corporation, | )<br>)<br>) |
| Defendant. | ) |

Dismissal without prejudice acknowledged [10]. JMS, CJ, 11/13/18 Distribution via ECF.

**NOTICE OF VOLUNTARY DISMISSAL**

Now comes the Plaintiffs, by counsel, and hereby dismisses this action against Defendant, SOMMERS PLASTERING, INC. without prejudice pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

s/Donald D. Schwartz
Donald D. Schwartz
Attorney for Plaintiffs

Donald D. Schwartz
ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
Phone: (312) 236-0415
Fax: (312) 341-0438